No. 125, Misc. HARVEY *v.* SUPREME COURT OF WASHINGTON. Motion for leave to file petition for writ of mandamus. July 10, 1963. Dismissed pursuant to Rule 60 of the Rules of this Court.

No. 160. LANDAU *v.* BEST ET AL. Appeal from the Supreme Court of Delaware. September 3, 1963. Dismissed pursuant to Rule 60 of the Rules of this Court. *Justin M. Golenbock* and *Leonard W. Wagman* for appellant. *Robert Roy Dann* for appellees.